# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 384 MAL 2014
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v. :
:
:
:
BRIAN HOLZWORTH, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.